IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

KENNETH HARRINGTON,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV213-103

PAUL WELLS and FEDERAL
BUREAU OF PRISONS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Bureau of Prisons are **DISMISSED**, and the Bureau of Prisons is **dismissed** as a named Defendant. Additionally, Plaintiff's due process claim against Defendant Wells is **DISMISSED**.

**SO ORDERED**, this 7 day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)